UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)

| | |
|---|---|
| In re<br><br>DEAN EDWARD ARMSTRONG,<br>DELA JANE ARMSTRONG,<br><br>Debtor. | Case No.<br>6:10-cv-01316-GAP |
| DEAN EDWARD ARMSTRONG,<br>DELA JANE ARMSTRONG,<br><br>Appellant,<br><br>v.<br><br>REGIONS BANK,<br><br>Appellee | On appeal from<br>Bankruptcy Case<br>6:10-bk-05120-KSJ |

## NOTICE OF DESIGNATION OF LOCAL COUNSEL

Appellants Dean Edward Armstrong and Dela Jane Armstrong, by and through the undersigned counsel and pursuant to Rule 2.02(a)(1), Rules of the United States District Court for the Middle District of Florida, hereby designates

> Lewis M. Roberts
> Lewis Roberts, PA
> 785 W. Granada Blvd., #5
> Ormond Beach, FL 32174
> 386/677-9450
> Fax: 888/897-3750
> Email: lewis@lrlawoffice.com

as local counsel for Appellants, upon whom all notices and papers may be served and who will be responsible for the progress of the case.

Concurrently herewith I am submitting the Special Admission Attorney Certification and the required fees, and have electronically submitted an ECF Attorney Registration Form.

/s/ Daniel M. Press
Daniel M. Press (Va. Bar #37123)
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
703-734-3800
703-734-0590 (fax)
Of counsel for Appellants

## CONSENT TO ACT

I hereby consent to act as local counsel for Daniel M. Press in this matter, and consent to act as such in accordance with Local Rule 2.02.

/s/ Lewis M. Roberts
Lewis M. Roberts
Lewis Roberts, PA
785 W. Granada Blvd., #5
Ormond Beach, FL 32174
386/677-9450
Fax: 888/897-3750
Email: lewis@lrlawoffice.com

## CERTIFICATE OF SERVICE

This is to certify that on this _____ day of December, 2010, I caused the foregoing document to be served by upon the Appellee, Regions Bank, by first class mail, postage prepaid, addressed to:

Regions Bank, PO Box 216, Birmingham, AL 35201
Regions Bank, PO Box 830721, Birmingham, AL 35283
Regions Bank, PO Box 830734, Birmingham, AL 35201

/s/ Daniel M. Press
Daniel M. Press