UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

DEAN EDWARD ARMSTRONG

DELA JEAN ARMSTRONG

    Debtors
_____/

CASE #: 6:10-cv-01316-GAP

DEAN EDWARD ARMSTRONG

DELA JEAN ARMSTRONG,

    Appellant

v.

REGIONS BANK,

    Appellee
_____/

On appeal from
Bankruptcy Case
6:10-BK-05120-KSJ

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Lewis Roberts, am a member in good standing of the bar of this Court. I am moving for the admission of Daniel M. Press to appear *pro hac vice* in this case as counsel for the plaintiffs.

1. Daniel M. Press is a member in good standing of the bars of Virginia, Maryland, and the District of Columbia, Supreme Court of the United States, and numerous Federal District Courts.

2. During the twelve months immediately before this motion, Daniel M. Press has been admitted pro hac vice in this court zero (0) time(s).

3. Daniel M. Press has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. Daniel M. Press is familiar with the Florida Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. Daniel M. Press understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Lewis Roberts is a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

7. The $10.00 fee for admission with application for special admission has already been sent to the Clerk of this Court.

8. Daniel M. Press has submitted an online request for registration for the CM-ECF system.

Respectfully submitted,

 /s/ Lewis Roberts
Lewis Roberts
FL Bar #0098190
Movant
Lewis Roberts, PA
785 W Granada Blvd #5
Ormond Beach, FL 32174
(386) 677-9450
(888) 897-3750 Fax
lewis@lrlawoffice.com

Daniel M. Press
Proposed Admittee
Chung & Press, P.C.
6718 Whittier Ave, Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 Fax
dpress@chung-press.com